P. J., Kapper, Carswell,. Scudder and Davis, JJ., concur as to the reversal of the order and as to the modification of the judgment as against defendant Jaeger; Kapper, Carswell and Scudder, JJ., concur as to the reversal of the judgment as against defendant Klein and the dismissal of the complaint as to him, as to which Lazansky, P. J., and Davis, J., dissent and vote to affirm.

ETHEL KLIPSTEIN, Appellant, v. MORRIS KLIPSTEIN, Respondent.— Order modifying judgment with respect to amount of alimony reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The showing made herein differs in no material particular from that which resulted in the order denying the prior application, from which order no appeal was taken. This order is in effect an unauthorized review by one justice of the act of another justice of co-ordinate jurisdiction. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

MAX MEYERS, Appellant, v. AARON LEVIN, Respondent.— Order denying motion to consolidate actions reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. The situation herein required that the actions be consolidated since it may be done without prejudice to any substantial rights and is in furtherance of justice. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ROCK HOTEL Co., INC., Appellant, v. K-W-H CORPORATION, Defendant, and EDWARD C. ALEXION, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. The testimony establishes *prima facie* an equitable lien in the plaintiff upon the funds in the hands of defendant K-W-H Corporation as a consequence of an equitable assignment thereof having been made by defendant Alexion to the plaintiff, acting through Metropole, to the extent of an undivided fifty per cent of the entire fund. The action to enforce the plaintiff's right in this regard was, therefore, properly brought in equity. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

OLE FRYDENBORG, Respondent, v. PETER A. PETERSON, Appellant.— Application denied, with ten dollars costs.

IRVING HOLDING CORPORATION, Respondent, v. IDA S. RINKE and ARTHUR W. RINKE, Doing Business under the Firm Name and Style of A. B. RAYMOND & Co., Appellants. (Appeals 1 and 2.) — Application denied, with ten dollars costs.

RUDOLPH MILLER, Respondent, v. 354 OCEAN AVENUE REALTY CORPORATION, Appellant.— Application denied, with ten dollars costs.

805 ST. MARKS AVENUE CORPORATION, Appellant, v. CAROL FINKELSTEIN, Respondent.— Application granted.

805 ST. MARKS AVENUE CORPORATION, Appellant, v. CAROL FINKELSTEIN, Respondent.— Application granted.

ALFRED H. BLUMBERG and MILTON L. BLUMBERG, Respondents, v. 4602 FOURTEENTH AVENUE CORPORATION and Others, Defendants, and LIGHTOLIER COMPANY, Appellant.— Motion for reargument granted and case ordered placed on the foot of the May calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRANCIS E. DE RAISMES, Respondent, v. HAROLD L. R. THOMAS, Appellant, and AMERICAN SURETY COMPANY OF NEW YORK, Defendant.— Motion for leave